UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYKROLIS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PALL CORPORATION,<br><br>Defendant. | Civil Action No. 04-CV-10887 GAO |

## MOTION TO DISMISS THE COMPLAINT

Defendant Mykrolis Corporation ("Mykrolis") respectfully moves to dismiss the Complaint of Plaintiff Pall Corporation ("Pall"). .

This declaratory judgment action (the "Second Action") involves the same parties, patents and products as a previously filed action also before this Court, captioned <u>Mykrolis Corp. v. Pall Corp.</u>, Civil Action No. 03 CV 10392 GAO (the "First Action"). As in the Counterclaim filed by Pall in the First Action, Pall seeks in this action a declaration that Mykrolis patents U.S. Patent Nos. 6,068,770 and 6,378,907 B1 (collectively, the "patents-in-suit") are invalid. Also, as in the First Action, Pall seeks a declaration that its fluid separation devices--in particular its redesigned devices--do not infringe these patents. These redesigned devices have already been the subject of a discovery dispute in the First Action and are encompassed by the allegations in the Complaint and Counterclaim in the First Action. Indeed, the Court's April 30, 2004 Order enjoins the redesigned devices. As such, the Second Action serves no useful purpose. Instead, it represents an abuse of the purposes of the Declaratory Judgment Act, wastes judicial resources, and is duplicative of the First Action.

9438054_1

In further support of its motion, Mykrolis relies on its Memorandum of Law submitted herewith.

                          MYKROLIS CORPORATION
                          By its attorneys,

*Susan G. L. Glovsky (DAW)*
Susan G. L. Glovsky BBO# 195880
John L. DuPré BBO# 549659
Kevin T. Shaughnessy BBO# 648653
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road, P.O. Box 9133
Concord, Massachusetts 01742-9133
(978) 341-0036

*Dalila Argaez Wendlandt*
John T. Montgomery BBO# 352220
Dalila Argaez Wendlandt BBO# 639280
Ropes & Gray
One International Place
Boston, Massachusetts 02110
(617) 951-7000

May 7, 2004

## Certificate of Conference

Pursuant to Local Rule 7.1, I hereby certify that the parties conferred on the foregoing motion and attempted in good faith to resolve or narrow the issues presented.

*Susan G. L. Glovsky*
Susan G. L. Glovsky