IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PALL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No: 04-10887-GAO |
| | ) | |
| MYKROLIS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S LOCAL RULE 7.3(A)**
<u>**CORPORATE DISCLOSURE STATEMENT**</u>

Pursuant to Local Rule 7.3(A), Pall Corporation is a publicly traded New York corporation. Pall Corporation has no parent corporation and there are no public companies that own ten percent (10%) or more of the stock of Pall Corporation.

**RESPECTFULLY SUBMITTED**

PALL CORPORATION
By its attorneys,

<u>/s/ Gary R. Greenberg</u>
Gary R. Greenberg BBO No. 209420
Louis J. Scerra, Jr. BBO No. 543600
GREENBERG TRAURIG LLP
One International Place
Boston, MA 02110
Of Counsel:                                              (617) 310-6000

H. Michael Hartmann
Mark E. Phelps
Jeremy C. Lowe
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780

Dated: May 20, 2004