UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------X
PALL CORPORATION,                                )
        Plaintiff,                               )
                                                 )   Civil Action No. 04 10887 GAO
v.                                               )
                                                 )   ACCEPTANCE OF SERVICE
MYKROLIS CORPORATION,                            )
        Defendant.                               )
-------------------------------------------------X
```

FILED IN CLERKS OFFICE
2004 MAY 25  A 11: 23
U.S. DISTRICT COURT
DISTRICT OF MASS.

I, Susan G. L. Glovsky, hereby accept service of the complaint in this action, on behalf of Mykrolis Corporation, as of May 7, 2004.

                                                          MYKROLIS CORPORATION
                                                          By its attorney,

                                                          _____
                                                          Susan G. L. Glovsky BBO# 195880
                                                          Hamilton, Brook, Smith & Reynolds, P.C.
                                                          530 Virginia Road, P.O. Box 9133
                                                          Concord, Massachusetts 01742-9133
                                                          (978) 341-0036

Dated: May 21, 2004