IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PALL CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 04-CV-10887 GAO |
| MYKROLIS CORPORATION, | ) ) ) |
| Defendant. | ) ) |

FILED
CLERKS OFFICE
2004 MAY 26 P 3: 59
U.S. DISTRICT COURT
DISTRICT OF MASS.

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE

## ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE OF MARK E. PHELPS AS CO-COUNSEL FOR THE PLAINTIFF PALL CORPORATION

Gary R. Greenberg, a member of this Court and a member of the firm of Greenberg Traurig, LLP, respectfully moves for the admission to the Bar of this Court, *pro hac vice*, of Mark E. Phelps as co-counsel for the Plaintiff, Pall Corporation. In support of this Motion, attached as Exhibit A is a Certificate For Admission Pro Hac Vice of Mark E. Phelps certifying that (1) he is a member of the Bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the Bar of any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, it is respectfully requested that Mark E. Phelps be admitted to the Bar of this Court, *pro hac vice*, to appear as co-counsel for the plaintiff, Pall Corporation.

Respectfully submitted,

PALL CORPORATION

By its attorneys,

_____
Gary R. Greenberg, BBO #209420
Louis J. Scerra, BBO #543600
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
(617) 310-6000

Dated: May 26, 2004

## RULE 7.1(A)(2) CERTIFICATE

I, Gary R. Greenberg, hereby certify that I have conferred with counsel for Mykrolis and she has ASSENTED to the allowance of this motion.

_____
Gary R. Greenberg

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2004, a true and correct copy of Assented-to Motion for Admission *Pro Hac Vice* of Mark E. Phelps as Co-Counsel for the Plaintiff Pall Corporation was served upon counsel for defendant Mykrolis in the manner indicated below:

*By Facsimile
and by Federal Express with Exhibits:*

Susan G.L. Glovsky
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA 01742
Tel: 978-341-0036
Fax: 978-341-0136

*By Hand:*

John T. Montgomery
Edward J. Kelly
Ropes & Gray
One International Place
Boston, MA 02110
Tel: 617-951-7000
Fax: 617-951-7050

_____
Gary R. Greenberg