# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

PALL CORPORATION,                    )
                                     )        2004 MAY 26  P 3: 59
          Plaintiff,                 )
                                     )        U.S. DISTRICT COURT
                                     )        DISTRICT OF MASS.
v.                                   )        Civil Action No: 04-CV-10887 GAO
                                     )        FILING FEE PAID:
MYKROLIS CORPORATION,                )        RECEIPT #_____
                                     )        AMOUNT $_____
          Defendant.                 )        BY DPTY CLK_____
                                     )        DATE_____

## ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE OF JEREMY C. LOWE AS CO-COUNSEL FOR THE PLAINTIFF PALL CORPORATION

Gary R. Greenberg, a member of this Court and a member of the firm of

Greenberg Traurig, LLP, respectfully moves for the admission to the Bar of this Court,

*pro hac vice*, of Jeremy C. Lowe as co-counsel for the Plaintiff, Pall Corporation. In

support of this Motion, attached as Exhibit A is a Certificate For Admission Pro Hac Vice

of Jeremy C. Lowe certifying that (1) he is a member of the Bar in good standing in every

jurisdiction where he has been admitted to practice; (2) there are no disciplinary

proceedings pending against him as a member of the Bar of any jurisdiction; and (3) he is

familiar with the Local Rules of the United States District Court for the District of

Massachusetts.

WHEREFORE, it is respectfully requested that Jeremy C. Lowe be admitted to the Bar of this Court, *pro hac vice*, to appear as co-counsel for the plaintiff, Pall Corporation.

Respectfully submitted,

PALL CORPORATION

By its attorneys,

Gary R. Greenberg, BBO #209420
Louis J. Scerra, BBO #543600
GREENBERG TRAURIG, LLP
One International Place
Boston, MA  02110
(617) 310-6000

Dated: May 26, 2004

## RULE 7.1(A)(2) CERTIFICATE

I, Gary R. Greenberg, hereby certify that I have conferred with counsel for Mykrolis and she has ASSENTED to the allowance of this motion.

Gary R. Greenberg

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2004, a true and correct copy of Assented-to Motion for Admission *Pro Hac Vice* of Jeremy C. Lowe as Co-Counsel for the Plaintiff Pall Corporation was served upon counsel for defendant Mykrolis in the manner indicated below:

**By Facsimile**
**and by Federal Express with Exhibits:**

Susan G.L. Glovsky
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA 01742
Tel: 978-341-0036
Fax: 978-341-0136

**By Hand:**

John T. Montgomery
Edward J. Kelly
Ropes & Gray
One International Place
Boston, MA 02110
Tel: 617-951-7000
Fax: 617-951-7050

Gary R. Greenberg